**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RYAN MASCHHOFF, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>POLISHED.COM INC. F/K/A 1847 GOEDEKER INC., DOUGLAS T. MOORE, ROBERT D. BARRY, ALBERT FOUERTI, MARIA JOHNSON, ELLERY W. ROBERTS, THINKEQUITY, A DIVISION OF FORDHAM FINANCIAL MANAGEMENT, INC., AEGIS CAPITAL CORP., and SPARTAN CAPITAL SECURITIES, LLC,<br><br>        Defendants. | Case No.: 1:22-cv-06606-NGG-VMS<br><br>Hon. Nicholas G. Garaufis |

**NOTICE OF MOTION OF ANTHONY PORRARO FOR APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Anthony Porraro ("Movant") respectfully moves this

Court for an order: (1) appointing Movant as Lead Plaintiff in the above-captioned action (the

"Action") pursuant to § 27 of the Securities Act of 1933 ("Securities Act") and § 21D of the

Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities

Litigation Reform Act of 1995 (the "PSLRA"), and (2) approving Movant's selection of Levi &

Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks appointment as lead plaintiff and approval of his choice of counsel pursuant

to the Securities and Exchange Acts, the Federal Rules of Civil Procedure, and the PSLRA. This

motion is based on this notice, the attached Memorandum of Law, the Declaration of Adam M.

Apton in support thereof, and the Court's complete files and records in this action, as well as such

further argument as the Court may allow at a hearing on this motion.


Dated: December 30, 2022                     Respectfully Submitted,

                                             **LEVI & KORSINSKY, LLP**

                                             By: */s/ Adam M. Apton*
                                             Adam M. Apton
                                             55 Broadway, 10th Floor
                                             New York, NY 10006
                                             Tel: (212) 363-7500
                                             Fax: (212) 363-7171
                                             Email: aapton@zlk.com

                                             *Lead Counsel for Anthony Porraro and*
                                             *[Proposed] Lead Counsel for the Class*

2