**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

RYAN MASCHHOFF, Individually and on
behalf of all others similarly situated,

        Plaintiff,

v.

POLISHED.COM INC. F/K/A 1847
GOEDEKER INC., DOUGLAS T. MOORE,
ROBERT D. BARRY, ALBERT FOUERTI,
MARIA JOHNSON, ELLERY W. ROBERTS,
THINKEQUITY, A DIVISION OF
FORDHAM FINANCIAL MANAGEMENT,
INC., AEGIS CAPITAL CORP., and
SPARTAN CAPITAL SECURITIES, LLC,

        Defendants.

Case No.: 1:22-cv-06606-NGG-VMS

Hon. Nicholas G. Garaufis

**DECLARATION OF ADAM M. APTON IN SUPPORT OF ANTHONY PORRARO'S**
**MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND**
**APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Anthony Porraro ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Movant attesting to his transactions of Polished.com Inc. f/k/a 1847 Goedeker Inc. ("Polished," "Goedeker," or the "Company") securities;

**Exhibit B**:   Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Polished securities;

**Exhibit C**:   Press Release published October 31, 2022, on *PRNewswire,* announcing the pendency of the securities class action against defendants herein: *Maschhoff v. Polished.com Inc. f/k/a 1847 Goedeker Inc., et. al.,* Case No. 1:22-cv-06606-NGG-VMS;

**Exhibit D**:   Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:   Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: December 30, 2022                    Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Anthony Porraro and
[Proposed] Lead Counsel for the Class*

2