# EXHIBIT B

| Client Name | Anthony Porraro |
|---|---|
| Company Name | Polished.com Inc. f/k/a 1847 Goedeker Inc. |
| Ticker Symbol | POL |
| Security Type | |
| Class Period Start | 07-27-2020 |
| Class Period End | 08-25-2022 |
| 90-DAY Lookback Period Start | 08-26-2022 |
| 90-DAY Lookback Period End | 11-23-2022 |
| 90-DAY Lookback Average | $ 00.59 |
| Pre Class Period Holdings | -- |

| SUMMARY OF FINANCIAL INTEREST - ACCT 1 | |
|---|---|
| LIFO Loss Total | $3,543.54 |
| DURA LIFO* Total | $3,543.54 |
| Gross Shares Purchased | 2,560 |
| Net Shares Retained | 2,560 |
| Net Funds Expended | $5,061.00 |

**Anthony Porraro - Account 1**

| | Purchases | | | Sales | | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 04-05-2022 | 48 | 1.96 | $ 94.08 | | | | | | - | 48 | 48 | $ 00.59 | $ 28.45 | $ 65.63 | $ 65.63 |
| 04-05-2022 | 2500 | 1.98 | $ 4,950.00 | | | | | | | 2500 | 2500 | $ 00.59 | $ 1,481.89 | $ 3,468.11 | $ 3,468.11 |
| 05-04-2022 | 10 | 1.44 | $ 14.40 | | | | | | | 10 | 10 | $ 00.59 | $ 05.93 | $ 08.47 | $ 08.47 |
| 06-16-2022 | 2 | 1.26 | $ 02.52 | | | | | | - | 2 | 2 | $ 00.59 | $ 01.19 | $ 01.33 | $ 01.33 |
| **Total:** | **2,560** | | **$5,061.00** | | | | | | | **2,560** | **2,560** | | **$1,517.46** | **$3,543.54** | **$3,543.54** |

| Client Name | Anthony Porraro |
|---|---|
| Company Name | Polished.com Inc. f/k/a 1847 Goedeker Inc. |
| Ticker Symbol | POL |
| Security Type | |
| Class Period Start | 07-27-2020 |
| Class Period End | 08-25-2022 |
| 90-DAY Lookback Period Start | 08-26-2022 |
| 90-DAY Lookback Period End | 11-23-2022 |
| 90-DAY Lookback Average | $ 00.59 |
| Pre Class Period Holdings | -- |

| SUMMARY OF FINANCIAL INTEREST - ACCT 2 | |
|---|---|
| LIFO Loss Total | $33,363.67 |
| DURA LIFO* Total | $33,363.67 |
| Gross Shares Purchased | 14,013 |
| Net Shares Retained | 14,013 |
| Net Funds Expended | $41,669.97 |

**Anthony Porraro - Account 2**

| | Purchases | | | Sales | | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 06-22-2021 | 2000 | 4.1 | $ 8,200.00 | | | | | | - | 2000 | 2000 | $ 00.59 | $ 1,185.51 | $ 7,014.49 | $ 7,014.49 |
| 06-22-2021 | 50 | 3.91 | $ 195.50 | | | | | | - | 50 | 50 | $ 00.59 | $ 29.64 | $ 165.86 | $ 165.86 |
| 06-22-2021 | 8 | 3.995 | $ 31.96 | | | | | | - | 8 | 8 | $ 00.59 | $ 04.74 | $ 27.22 | $ 27.22 |
| 06-29-2021 | 250 | 4.08 | $ 1,020.00 | | | | | | - | 250 | 250 | $ 00.59 | $ 148.19 | $ 871.81 | $ 871.81 |
| 06-29-2021 | 300 | 4.08 | $ 1,224.00 | | | | | | - | 300 | 300 | $ 00.59 | $ 177.83 | $ 1,046.17 | $ 1,046.17 |
| 06-29-2021 | 150 | 4.08 | $ 612.00 | | | | | | - | 150 | 150 | $ 00.59 | $ 88.91 | $ 523.09 | $ 523.09 |
| 06-29-2021 | 275 | 4.08 | $ 1,122.00 | | | | | | - | 275 | 275 | $ 00.59 | $ 163.01 | $ 958.99 | $ 958.99 |
| 06-30-2021 | 0 | 3.745 | | | | | | | - | - | - | $ 00.59 | | | |
| 06-30-2021 | 100 | 3.7495 | $ 374.95 | | | | | | - | 100 | 100 | $ 00.59 | $ 59.28 | $ 315.67 | $ 315.67 |
| 06-30-2021 | 100 | 3.7495 | $ 374.95 | | | | | | - | 100 | 100 | $ 00.59 | $ 59.28 | $ 315.67 | $ 315.67 |
| 06-30-2021 | 67 | 3.7495 | $ 251.22 | | | | | | - | 67 | 67 | $ 00.59 | $ 39.71 | $ 211.50 | $ 211.50 |
| 07-13-2021 | 421 | 3.3999 | $ 1,431.36 | | | | | | - | 421 | 421 | $ 00.59 | $ 249.55 | $ 1,181.81 | $ 1,181.81 |
| 07-14-2021 | 500 | 3.12 | $ 1,560.00 | | | | | | - | 500 | 500 | $ 00.59 | $ 296.38 | $ 1,263.62 | $ 1,263.62 |
| 07-15-2021 | 490 | 3.05 | $ 1,494.50 | | | | | | - | 490 | 490 | $ 00.59 | $ 290.45 | $ 1,204.05 | $ 1,204.05 |
| 08-09-2021 | 1465 | 2.9595 | $ 4,335.67 | | | | | | - | 1465 | 1465 | $ 00.59 | $ 868.39 | $ 3,467.28 | $ 3,467.28 |
| 08-13-2021 | 1890 | 2.645 | $ 4,999.05 | | | | | | - | 1890 | 1890 | $ 00.59 | $ 1,120.31 | $ 3,878.74 | $ 3,878.74 |
| 08-24-2021 | 500 | 2.6981 | $ 1,349.05 | | | | | | - | 500 | 500 | $ 00.59 | $ 296.38 | $ 1,052.67 | $ 1,052.67 |
| 08-24-2021 | 500 | 2.72 | $ 1,360.00 | | | | | | - | 500 | 500 | $ 00.59 | $ 296.38 | $ 1,063.62 | $ 1,063.62 |
| 08-24-2021 | 100 | 2.725 | $ 272.50 | | | | | | - | 100 | 100 | $ 00.59 | $ 59.28 | $ 213.22 | $ 213.22 |
| 08-24-2021 | 200 | 2.725 | $ 545.00 | | | | | | - | 200 | 200 | $ 00.59 | $ 118.55 | $ 426.45 | $ 426.45 |
| 08-24-2021 | 50 | 2.73 | $ 136.50 | | | | | | - | 50 | 50 | $ 00.59 | $ 29.64 | $ 106.86 | $ 106.86 |
| 08-24-2021 | 350 | 2.73 | $ 955.50 | | | | | | - | 350 | 350 | $ 00.59 | $ 207.46 | $ 748.04 | $ 748.04 |
| 08-31-2021 | 15 | 3.055 | $ 45.83 | | | | | | - | 15 | 15 | $ 00.59 | $ 08.89 | $ 36.93 | $ 36.93 |
| 09-14-2021 | 1600 | 2.8395 | $ 4,543.20 | | | | | | - | 1600 | 1600 | $ 00.59 | $ 948.41 | $ 3,594.79 | $ 3,594.79 |
| 12-30-2021 | 72 | 2.42 | $ 174.24 | | | | | | - | 72 | 72 | $ 00.59 | $ 42.68 | $ 131.56 | $ 131.56 |
| 04-05-2022 | 2500 | 1.98 | $ 4,950.00 | | | | | | - | 2500 | 2500 | $ 00.59 | $ 1,481.89 | $ 3,468.11 | $ 3,468.11 |
| 04-05-2022 | 48 | 1.96 | $ 94.08 | | | | | | - | 48 | 48 | $ 00.59 | $ 28.45 | $ 65.63 | $ 65.63 |
| 05-04-2022 | 10 | 1.44 | $ 14.40 | | | | | | - | 10 | 10 | $ 00.59 | $ 05.93 | $ 08.47 | $ 08.47 |
| 06-16-2022 | 2 | 1.26 | $ 02.52 | | | | | | - | 2 | 2 | $ 00.59 | $ 01.19 | $ 01.33 | $ 01.33 |
| **Total:** | **14,013** | | **$41,669.97** | | | | | | | **14,013** | **14,013** | | **$8,306.29** | **$33,363.67** | **$33,363.67** |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
| --- | --- |
| LIFO Loss Total | $36,907.22 |
| DURALIFO* Total | $36,907.22 |
| Gross Shares Purchased | 16,573 |
| Net Shares Retained | 16,573 |
| Net Funds Expended | $46,730.97 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

| Case Name | Polished.com Inc. f/k/a 1847 Goedeker Inc. |
|---|---|
| Ticker | POL |
| IPO Date | 7/27/2020 |

| Client Name | Acct Number |
|---|---|
| Anthony Porraro | 1 |
| **§ 11 Loss Calculation** | |
| Total Shares Acquired | 2,560 |
| Total Shares Acquired *(Disregarding Undamaged Shares)* | 2,560 |
| IPO Offer Price | $10.00 |
| Value of Shares at Acquisition* *(Disregarding Undamaged Shares)* | $ 5,061.00 |
| Close Date | 10/31/2022 |
| Closing Price | $ 00.64 |
| Estimated Value of Shares** | $ 1,638.91 |
| **Estimated Gain/(Loss)** | **$ 3,422.09** |

| Client Name | Acct Number |
|---|---|
| Anthony Porraro | 2 |
| **§ 11 Loss Calculation** | |
| Total Shares Acquired | 14,013 |
| Total Shares Acquired *(Disregarding Undamaged Shares)* | 14,013 |
| IPO Offer Price | $10.00 |
| Value of Shares at Acquisition* *(Disregarding Undamaged Shares)* | $ 41,669.97 |
| Close Date | 10/31/2022 |
| Closing Price | $ 00.64 |
| Estimated Value of Shares** | $ 8,971.12 |
| **Estimated Gain/(Loss)** | **$ 32,698.84** |

| Client Name | Acct Number | Estimated Gain/Loss |
|---|---|---|
| Anthony Porraro | 1 | $ 3,422.09 |
| Anthony Porraro | 2 | $ 32,698.84 |
| | **TOTAL** | **$ 36,120.93** |