# EXHIBIT 3

**Polished.com Inc. Loss Chart**
**Pursuant and/or traceable to the IPO and/or July 27, 2020 through August 25, 2022**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained (Exchange Act) | Total Loss/Gain (Exchange Act) | Value Retained (Securities Act) | Total Loss/Gain (Securities Act) | Lookback Price (Exchange Act) | Lookback Price (Securities Act) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | $0.59 | $0.64 |
| Eden Alpha C.I., L.P. | 3/31/2022 | 266,755 | ($1.8422) | ($491,408.16) | 8/16/2022 | 300,000 | $1.0211 | $306,334.72 | | | | | | | |
| | 4/1/2022 | 273,245 | ($2.0890) | ($570,820.04) | 8/26/2022 | 40,691 | $0.7650 | $31,130.57 | | | | | | | |
| | 4/25/2022 | 170,000 | ($1.3878) | ($235,921.74) | 8/16/2022 | 12,500 | $1.3139 | $16,423.20 | | | | | | | |
| | 4/26/2022 | 100,000 | ($1.3364) | ($133,641.00) | 8/17/2022 | 80,000 | $0.8353 | $66,826.39 | | | | | | | |
| | 4/28/2022 | 30,000 | ($1.3100) | ($39,298.50) | | | | | | | | | | | |
| | 5/13/2022 | 60,000 | ($1.6046) | ($96,275.04) | | | | | | | | | | | |
| | 3/31/2022 | 10,000 | ($1.9098) | ($19,097.53) | | | | | | | | | | | |
| | 4/1/2022 | 20,000 | ($2.0254) | ($40,508.77) | | | | | | | | | | | |
| | 4/14/2022 | 30,000 | ($1.5248) | ($45,744.40) | | | | | | | | | | | |
| | 5/4/2022 | 20,000 | ($1.3879) | ($27,758.69) | | | | | | | | | | | |
| | 5/16/2022 | 12,500 | ($1.7069) | ($21,336.75) | | | | | | | | | | | |
| | 8/17/2022 | 60,000 | ($0.8576) | ($51,453.04) | | | | | | | | | | | |
| | 8/18/2022 | 90,000 | ($0.8267) | ($74,403.06) | | | | | | | | | | | |
| | 8/19/2022 | 60,000 | ($0.8211) | ($49,263.92) | | | | | | | | | | | |
| | 8/22/2022 | 40,000 | ($0.7768) | ($31,072.34) | | | | | | | | | | | |
| | 8/23/2022 | 50,000 | ($0.7856) | ($39,281.53) | | | | | | | | | | | |
| | 8/24/2022 | 50,000 | ($0.7721) | ($38,602.58) | | | | | | | | | | | |
| | 8/17/2022 | 20,000 | ($0.8633) | ($17,265.59) | | | | | | | | | | | |
| | | 1,362,500 | | ($2,023,152.67) | | 433,191 | | $420,714.89 | 929,309 | $550,799.59 | ($1,051,638.19) | $594,757.76 | ($1,007,680.02) | | |