UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN MASCHHOFF, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>        v.<br><br>POLISHED.COM INC. F/K/A 1847 GOEDEKER INC., DOUGLAS T. MOORE, ROBERT D. BARRY, ALBERT FOUERTI, MARIA JOHNSON, ELLERY W. ROBERTS, THINKEQUITY, A DIVISION OF FORDHAM FINANCIAL MANAGEMENT, INC., AEGIS CAPITAL CORP., and SPARTAN CAPITAL SECURITIES, LLC,<br><br>     Defendants. | Case No.  1:22-cv-06606-NGG-VMS |

NOTICE OF MOTION OF ARI GOLD FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Ari Gold ("Gold"), by and through his counsel, will and does hereby move this Court, pursuant to Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3), and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order: (1) appointing Gold as Lead Plaintiff on behalf of persons or entities who purchased or otherwise acquired publicly traded Polished.com Inc. f/k/a 1847 Goedeker Inc. ("Polished") securities (i) pursuant and/or traceable to the registration statement and related prospectus issued in connection with Polished's 2020 initial public offering, and/or (ii) between July 27, 2020 and August 25, 2022, inclusive (the "Class"); and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Gold is aware of Rule III.b. of the Individual Practice Rules of the Honorable Vera M. Scanlon ("Rule III.b."), which provides, in relevant part, that "[l]itigants shall make . . . non-dispositive motions by letter motion" and that "[p]arties must make a good faith effort . . . to resolve disputes before making a motion."  Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the above-captioned action is December 30, 2022, on which date any member of the putative Class may so move.  *See* 15 U.S.C. §§ 77z-1(a)(3)(A)(i)(II), 78u-4(a)(3)(A)(i)(II).  Gold will thus not know the identities of the other putative Class members who intend to file competing Lead Plaintiff motions until December 31, 2022—the day after the statutory deadline—making a good faith effort to resolve disputes prior to the filing of Gold's motion papers impracticable.  Moreover, under the PSLRA, the Court is to appoint as lead plaintiff the movant "that the court determines to be most capable of adequately representing the interests of class members" (*id.* §§ 77z-1(a)(3)(B)(i), 78u-4(a)(3)(B)(i)), which

requires a determination of, *inter alia*, whether movants have timely filed their motion by the PSLRA's statutory deadline (*see id.* §§ 77z-1(a)(3)(B)(iii)(I), 78u-4(a)(3)(B)(iii)(I)). Accordingly, to timely file this motion with the Court, Gold respectfully submits that the filing of a formal motion, made on notice, along with a supporting memorandum of law, declaration, and proposed order on the December 30, 2022 motion deadline is necessary in this instance to preserve his statutory right to seek appointment as Lead Plaintiff pursuant to the PSLRA. Under these circumstances, Gold respectfully requests that compliance with Rule III.b. be waived in this instance.

Dated: December 30, 2022

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
James M. LoPiano
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com
jlopiano@pomlaw.com

POMERANTZ LLP
Lesley F. Portnoy
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
lportnoy@pomlaw.com

*Counsel for Ari Gold and Proposed Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165

Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Ari Gold*