UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN MASCHHOFF, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>     v.<br><br>POLISHED.COM INC. F/K/A 1847 GOEDEKER INC., DOUGLAS T. MOORE, ROBERT D. BARRY, ALBERT FOUERTI, MARIA JOHNSON, ELLERY W. ROBERTS, THINKEQUITY, A DIVISION OF FORDHAM FINANCIAL MANAGEMENT, INC., AEGIS CAPITAL CORP., and SPARTAN CAPITAL SECURITIES, LLC,<br><br>    Defendants. | Case No.  1:22-cv-06606-NGG-VMS |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION
OF ARI GOLD FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Ari Gold ("Gold"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Gold's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| Exhibit A: | Chart setting forth Gold's financial interest in this litigation; |
| Exhibit B: | Press release published via *PR Newswire* on October 31, 2022, announcing the pendency of the Action; |
| Exhibit C: | Shareholder Certification executed by Gold; |
| Exhibit D: | Declaration executed by Gold; and |
| Exhibit E: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 30, 2022.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1