# EXHIBIT A

**Polished.com Inc. (POL) f/k/a 1847 Goedeker Inc. (GOED)**
**Class Period: July 27, 2020 to August 25, 2022**
**IPO Date: July 27, 2020**
**IPO Price: $9.00 / Share**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | | | | | | | | | 90-Days* Mean Price | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 10b | $0.5928 | | | |
| | | | | | | | | 11 | $0.6400 | | 10b | 11 |
| | Purchase | | | | Sales | | | | Shares | Estimated | Estimated | Estimated |
| Plaintiff | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Retained | Value | Gain(Loss) | Gain(Loss) |
| Ari Gold | 1/25/2021 | 5,000 | $12.0310 | ($60,155) | 12/15/2021 | (10,000) | $2.3000 | $23,000 | | | | |
| Ari Gold | 1/25/2021 | 10,000 | $10.9760 | ($109,760) | | | | | | | | |
| Ari Gold | 1/26/2021 | 5,000 | $13.7640 | ($68,820) | | | | | | | | |
| Ari Gold | 1/27/2021 | 10,000 | $13.3750 | ($133,750) | | | | | | | | |
| Ari Gold | 1/27/2021 | 5,000 | $12.7500 | ($63,750) | | | | | | | | |
| Ari Gold | 1/27/2021 | 5,000 | $11.1040 | ($55,520) | | | | | | | | |
| Ari Gold | 1/28/2021 | 5,000 | $11.3710 | ($56,855) | | | | | | | | |
| Ari Gold | 3/18/2021 | 2,566 | $8.9600 | ($22,991) | | | | | | | | |
| Ari Gold | 3/18/2021 | 17,434 | $9.1870 | ($160,166) | | | | | | | | |
| Ari Gold | 4/8/2021 | 5,000 | $8.5440 | ($42,720) | | | | | | | | |
| Ari Gold | 4/13/2021 | 1,912 | $6.9870 | ($13,359) | | | | | | | | |
| Ari Gold | 4/13/2021 | 8,088 | $7.1650 | ($57,951) | | | | | | | | |
| Ari Gold | 4/28/2021 | 3,888 | $7.0880 | ($27,558) | | | | | | | | |
| Ari Gold | 4/28/2021 | 1,794 | $7.3400 | ($13,168) | | | | | | | | |
| Ari Gold | 4/28/2021 | 1,636 | $7.2720 | ($11,897) | | | | | | | | |
| Ari Gold | 5/13/2021 | 7,395 | $6.2340 | ($46,100) | | | | | | | | |
| Ari Gold | 5/14/2021 | 2,605 | $6.7170 | ($17,498) | | | | | | | | |
| Ari Gold | 6/1/2021 | 10,000 | $1.9900 | ($19,900) | | | | | | | | |
| **Ari Gold** | | **107,318** | | **($981,918)** | | **(10,000)** | | **$23,000** | **97,318** | **$57,688** | **($901,231)** | **($749,765)** |

*Avg Closing Prices from August 26, 2022 to November 23, 2022