

**mwe.com**

Timothy E. Hoeffner
Attorney at Law
thoeffner@mwe.com
+1 212 547 5400

November 2, 2023

**VIA ECF**

Judge Nicholas G. Garaufis
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:    *Maschhoff v. Polished.com et al.*, Case No. 1:22-cv-06606**

Dear Judge Garaufis:

We represent Ellery W. Roberts and Robert D. Barry in the above-captioned action. Both Mr. Roberts and Mr. Barry were named in the initial complaint filed in this matter. ECF 1.

Pursuant to Stipulation and Order dated September 26, 2023, plaintiffs were directed to file an Amended Class Action Complaint, which was filed on October 31, 2023. ECF 34. We have reviewed the Amended Class Action Complaint and all allegations against Mr. Roberts and Mr. Barry have been withdrawn. The factual and legal allegations against these parties have been omitted from the Amended Class Action Complaint. Notwithstanding, Mr. Roberts and Mr. Barry are still listed as defendants in the caption of the Amended Class Action Complaint. We therefore respectfully request that an Order be issued to amend the caption to delete Ellery W. Roberts and Robert D. Barry.

Sincerely,

*Timothy E. Hoeffner*

Timothy E. Hoeffner

cc:    All counsel of record via ECF

