PKA Law

Paykin Krieg & Adams, LLP
2500 Westchester Ave, Ste 107
Purchase, New York 10577
Tel: (212) 725-4423

**David A. Schrader, Partner**
**Paykin Krieg & Adams, LLP**
**NY & NJ Bars**
**Email: dschrader@PKA-law.com**
**Direct/Cell Phone (347) 879-2345**

November 1, 2023

**ECF**
Judge Nicholas G. Garaufis
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    Maschhoff v. Polished.Com et al
       Case No. 1:22-cv-06606

Dear Judge Garaufis:

This law firm represents each of Spartan Capital Securities, LLC ("Spartan"), ThinkEquity, LLC/Fordham Financial Management, Inc. ("ThinkEquity") and Aegis Capital Corp. ("Aegis) (collectively the "Investment Banker Defendants"). Each of the Investment Banker Defendants were named in the initial complaint filed in this matter. [DN 1].

Pursuant to Stipulation and Order dated September 26, 2023 [DN 33], plaintiffs were directed to file an Amended Class Complaint, which was filed on October 31, 2023. [DN 34] We have reviewed the Amended Complaint and all allegations (factual and legal) against the Investment Banking Defendants have been withdrawn with all factual and legal allegations against these parties omitted from the Amended Complaint. Notwithstanding, each of the Investment Banker Defendants are still listed as defendants in the caption of the Amended Complaint. Per my conversation with the Clerk's office, it was suggested to me that the easiest way to address this was to write to Your Honor and request that an Order be issued to amend the caption to delete each of Spartan Capital Securities, LLC, ThinkEquity, LLC/Fordham Financial



Management, Inc. and Aegis Capital Corp.  To the extent that Your Honor wishes me to address this in some other manner, we will be happy to take any necessary steps.

Respectfully,

*David Schrader*

David A. Schrader

**Application granted.
So Ordered.**
s/Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** 12/19/23