**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| RYAN MASCHHOFF, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>POLISHED.COM INC. F/K/A 1847 GOEDEKER INC., DOUGLAS T. MOORE, ROBERT D. BARRY, ALBERT FOUERTI, MARIA JOHNSON, ELLERY W. ROBERTS, THINKEQUITY, A DIVISION OF FORDHAM FINANCIAL MANAGEMENT, INC., AEGIS CAPITAL CORP., and SPARTAN CAPITAL SECURITIES, LLC,<br><br>    Defendants. | Civil Action No. 1:22-cv-06606 |

**NOTICE OF SUGGESTION OF CHAPTER 7 BANKRUPTCY**
**AND AUTOMATIC STAY OF PROCEEDINGS**

PLEASE TAKE NOTICE that on March 7, 2024 ("Petition Date"), a Voluntary Petition for Relief under Chapter 7 of Title 11 of the United States Code was filed by Defendant Polished.com f/k/a 1847 Goedeker, Inc. ("Defendant"), which is pending in the United States Bankruptcy Court for the District of Delaware under case number 24-BK-10353 before the Honorable Thomas M. Horan.

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 362, *inter alia*, the commencement or continuation of a judicial, administrative, or other action or proceeding against Defendant that was or could have been commenced before the Petition Date, including this action, is stayed as of the Petition Date.

Dated:     March 11, 2024                    Respectfully submitted,

                                             **MCDERMOTT WILL & EMERY LLP**


                                             By:   *Timothy E. Hoeffner*
                                                   Timothy E. Hoeffner
                                                   Jason D. Gerstein
                                                   MCDERMOTT WILL & EMERY LLP
                                                   One Vanderbilt Avenue
                                                   New York, NY 10017
                                                   Tel: (212) 547-5400
                                                   thoeffner@mwe.com
                                                   jgerstein@mwe.com

                                                   *Attorneys for Defendant Polished.com and Douglas T. Moore*

- 2 -