# EXHIBIT 2



# The Rosen Law Firm
## INVESTOR COUNSEL

Jacob A. Goldberg, Esq.
jgoldberg@rosenlegal.com

March 21, 2024

**VIA EMAIL**
George L. Miller
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103-2110
gmiller@mctllp.com

        Re:    ***In re Polished.com* 24-10353 (D. Del.)**

Dear Mr. Miller:

We represent Lead Plaintiff, Eden Alpha CI LP ("Plaintiff"), in the securities fraud class action, captioned *Maschoff v. Polished.com Inc. et al.,* No. 1:22-cv-06606-NGG (E.D.N.Y.) ("class action") and alleging violations of the Securities Exchange Act of 1934. We understand from filings that you are the bankruptcy trustee for Polished.com and its affiliated entities. We and the Individual Defendants informed our Court of Polished.com's Chapter 7 filing and the stay of proceedings as to Polished.com, pursuant to 11 U.S.C. § 362.

The Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, *et seq.*, governs the class action. The Individual Defendants have expressed their intention to seek dismissal of the claims against them under Fed. R. C. P. 12(b)(6) and 9(b). As such, discovery is stayed, pending resolution of the Individual Defendants' motion. 15 U.S.C. §78u-4(b)(3)(B). The PSLRA, however, requires that parties to the action with actual notice of the complaint's allegations preserve information relevant to the allegations "as if they were the subject of a continuing request for production of documents from an opposing party under the Federal Rules of Civil Procedure," subjecting a party who fails to preserve to sanctions. 15 U.S.C. §78u-4(b)(3)(C).

As you know, McDermott Will & Emery through Jason Gerstein entered an appearance on behalf of Polished.com, representing it before the Court during a February 27, 2024, pre-motion conference. Polished.com, and, by extension, its bankruptcy estate, is on notice of the allegations in the class action and must preserve relevant information, including any and all relevant information that Polished.com stored electronically.

1

By close of business, March 28, 2028, please confirm that your office will adhere to the PSLRA's mandate, ensuring that Polished.com's bankruptcy estate will preserve all information relevant to the class action.

We look forward to hearing from you.

Sincerely,

/s/ *Jacob A. Goldberg*

Jacob A. Goldberg

cc:    Scott D. Cousins, Esq.
scott.cousins@lewisbrisbois.com
Douglas W. Greene, Esq.
dgreene@bakerlaw.com
John F. Sylvia, Esq.
jsylvia@mintz.com
Jason D. Gerstein, Esq.
jgerstein@mwe.com

2