# EXHIBIT 3

## Gonen Haklay

| | |
|---|---|
| **From:** | George Miller <gmiller@mctllp.com> |
| **Sent:** | Friday, March 22, 2024 11:33 AM |
| **To:** | Jacob Goldberg |
| **Cc:** | scott.cousins@lewisbrisbois.com; dgreene@bakerlaw.com; jsylvia@mintz.com; Gerstein, Jason; Gonen Haklay; Bradford J. Sandler; Colin R. Robinson |
| **Subject:** | RE: In re: Polished.com |

### [EXTERNAL EMAIL]

If you want the information preserved you can fund the Trustee/estate for the purpose of preservation. I am preserving the documentation as best as humanly possible. Nothing has been destroyed or deleted by the Trustee or his professionals, but I appreciate you threat to keep me advised. I don't agree with you arguments. That said I included my contact information for my attorneys. You should be contacting my attorneys ONLY. In Delaware contacting the client is sanctionable.

Don't contact me again. Have a nice day.

**From:** Jacob Goldberg [mailto:jgoldberg@rosenlegal.com]
**Sent:** Friday, March 22, 2024 10:24 AM
**To:** George Miller <gmiller@mctllp.com>
**Cc:** scott.cousins@lewisbrisbois.com; dgreene@bakerlaw.com; jsylvia@mintz.com; Gerstein, Jason <Jgerstein@mwe.com>; Gonen Haklay <ghaklay@rosenlegal.com>; Bradford J. Sandler <bsandler@pszjlaw.com>; Colin R. Robinson <crobinson@pszjlaw.com>
**Subject:** RE: In re: Polished.com

You don't often get email from jgoldberg@rosenlegal.com. Learn why this is important

Thank you for emailing. Your answer, however, does not suffice. Please inform whether you are refusing to preserve evidence. If your answer is that the estate does not have funds to preserve documents and that you would like us to preserve the documents for you, then we can have a detailed conversation about how to accomplish that. I am available this afternoon or early next week to speak about the matter. I remind you that the PSLRA subjects you to sanction for failing to preserve documents in your possession custody or control.

Thank you.

Jacob A. Goldberg
The Rosen Law Firm, P.A.
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Direct Dial: 267-589-9426
General Tel.: 215-600-2817
Fax: 212-202-3827
In New York: 212-686-1060
email: jgoldberg@rosenlegal.com

1

This email and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify Jacob A. Goldberg at (215) 600-2817 and permanently delete all copies of the email and any attachments.

**From:** George Miller <gmiller@mctllp.com>
**Sent:** Thursday, March 21, 2024 3:42 PM
**To:** Jacob Goldberg <jgoldberg@rosenlegal.com>
**Cc:** scott.cousins@lewisbrisbois.com; dgreene@bakerlaw.com; jsylvia@mintz.com; **Gerstein, Jason** <Jgerstein@mwe.com>; **Gonen Haklay** <ghaklay@rosenlegal.com>; **Bradford J. Sandler** <bsandler@pszjlaw.com>; **Colin R. Robinson** <crobinson@pszjlaw.com>
**Subject:** RE: In re: Polished.com

**[EXTERNAL EMAIL]**

Please send me some money. $100,000

**From:** Jacob Goldberg [mailto:jgoldberg@rosenlegal.com]
**Sent:** Thursday, March 21, 2024 12:36 PM
**To:** George Miller <gmiller@mctllp.com>
**Cc:** scott.cousins@lewisbrisbois.com; dgreene@bakerlaw.com; jsylvia@mintz.com; **Gerstein, Jason** <Jgerstein@mwe.com>; **Gonen Haklay** <ghaklay@rosenlegal.com>
**Subject:** In re: Polished.com

You don't often get email from jgoldberg@rosenlegal.com. Learn why this is important

Good afternoon, Mr. Miller:

Please see the attached.

With thanks,
Jacob

Jacob A. Goldberg
The Rosen Law Firm, P.A.
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Direct Dial: 267-589-9426
General Tel.: 215-600-2817
Fax: 212-202-3827
In New York: 212-686-1060
email: jgoldberg@rosenlegal.com

This email and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify Jacob A. Goldberg at (215) 600-2817 and permanently delete all copies of the email and any attachments.

2