# EXHIBIT 4

## Gonen Haklay

| | |
|---|---|
| **From:** | Gonen Haklay |
| **Sent:** | Tuesday, April 16, 2024 3:10 PM |
| **To:** | Jacob Goldberg; Colin R. Robinson |
| **Cc:** | Bradford J. Sandler; Peter J. Keane |
| **Subject:** | RE: In re: Polished.com |

Dear Mr. Robinson,

You have not responded to my colleague Mr. Goldberg's previous 2 emails. We wish to meet and confer with you, as counsel for the trustee, on the preservation of documents issue for Polished.com.

We would appreciate a response to this email.

We look forward to hearing from you.

Regards,
Gonen Haklay

Gonen Haklay
The Rosen Law Firm, P.A.
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Direct Dial: 267-589-9428
General Tel: 215-600-2817
Fax: 212-202-3827
email: ghaklay@rosenlegal.com

This email and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify Gonen Haklay at (215) 600-2817 and permanently delete all copies of the email and any attachments.

**From:** Jacob Goldberg <jgoldberg@rosenlegal.com>
**Sent:** Thursday, April 4, 2024 8:52 AM
**To:** Colin R. Robinson <crobinson@pszjlaw.com>
**Cc:** Gonen Haklay <ghaklay@rosenlegal.com>; Bradford J. Sandler <bsandler@pszjlaw.com>; Peter J. Keane <pkeane@pszjlaw.com>
**Subject:** RE: In re: Polished.com

We have not heard from you. We have notified you and your client of the consequences of his failing to preserve all documents in his possession, custody, and control.

Best,
Jacob

1

Jacob A. Goldberg
The Rosen Law Firm, P.A.
101 Greenwood Avenue, Suite 440
Jenkintown, PA  19046
Direct Dial: 267-589-9426
General Tel.: 215-600-2817
Fax: 212-202-3827
In New York: 212-686-1060
email: jgoldberg@rosenlegal.com

This email and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify Jacob A. Goldberg at (215) 600-2817 and permanently delete all copies of the email and any attachments.

**From:** Jacob Goldberg
**Sent:** Monday, March 25, 2024 3:30 PM
**To:** Colin R. Robinson <crobinson@pszjlaw.com>
**Cc:** Gonen Haklay <ghaklay@rosenlegal.com>; **Bradford J. Sandler** <bsandler@pszjlaw.com>; **Peter J. Keane** <pkeane@pszjlaw.com>
**Subject:** RE: In re: Polished.com

Mr. Robinson. We have not heard from you. Please propose some times to speak tomorrow or Wednesday.

Thank you.


Jacob A. Goldberg
The Rosen Law Firm, P.A.
101 Greenwood Avenue, Suite 440
Jenkintown, PA  19046
Direct Dial: 267-589-9426
General Tel.: 215-600-2817
Fax: 212-202-3827
In New York: 212-686-1060
email: jgoldberg@rosenlegal.com

This email and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify Jacob A. Goldberg at (215) 600-2817 and permanently delete all copies of the email and any attachments.

**From:** Jacob Goldberg
**Sent:** Friday, March 22, 2024 11:34 AM
**To:** Colin R. Robinson <crobinson@pszjlaw.com>
**Cc:** dgreene@bakerlaw.com; jsylvia@mintz.com; **Gerstein, Jason** <Jgerstein@mwe.com>; **Gonen Haklay**

<ghaklay@rosenlegal.com>; **Bradford J. Sandler** <bsandler@pszjlaw.com>; **Peter J. Keane** <pkeane@pszjlaw.com>
**Subject:** RE: In re: Polished.com

Thank you, Mr. Robinson. Here is the letter we transmitted to Mr. Miller. My colleague Gonen Haklay and I are available on Monday, 3/25/2024, between 1 and 4 PM. Please confirm a time, and we shall transmit an MSTeams meeting invitation.

Jacob A. Goldberg
The Rosen Law Firm, P.A.
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Direct Dial: 267-589-9426
General Tel.: 215-600-2817
Fax: 212-202-3827
In New York: 212-686-1060
email: jgoldberg@rosenlegal.com

This email and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify Jacob A. Goldberg at (215) 600-2817 and permanently delete all copies of the email and any attachments.

**From:** Colin R. Robinson <crobinson@pszjlaw.com>
**Sent:** Friday, March 22, 2024 10:34 AM
**To:** Jacob Goldberg <jgoldberg@rosenlegal.com>
**Cc:** dgreene@bakerlaw.com; jsylvia@mintz.com; Gerstein, Jason <Jgerstein@mwe.com>; Gonen Haklay <ghaklay@rosenlegal.com>; **Bradford J. Sandler** <bsandler@pszjlaw.com>; **Peter J. Keane** <pkeane@pszjlaw.com>
**Subject:** RE: In re: Polished.com

**[EXTERNAL EMAIL]**

Jacob,

I've moved our client, the Trustee, and Debtor's counsel off the email. Moving forward, please direct communications to the PSZJ group on this email and forward your letter sent to the Trustee. Send dates/times to discuss next week.

**Colin R. Robinson**
Pachulski Stang Ziehl & Jones LLP
Tel: 302.778.6426 | Cell: 917.846.2053 | Fax: 302.652.4400
crobinson@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

**From:** Jacob Goldberg <jgoldberg@rosenlegal.com>
**Sent:** Friday, March 22, 2024 10:24 AM
**To:** George Miller <gmiller@mctllp.com>
**Cc:** scott.cousins@lewisbrisbois.com; dgreene@bakerlaw.com; jsylvia@mintz.com; Gerstein, Jason <Jgerstein@mwe.com>; Gonen Haklay <ghaklay@rosenlegal.com>; Bradford J. Sandler <bsandler@pszjlaw.com>; Colin R. Robinson <crobinson@pszjlaw.com>
**Subject:** RE: In re: Polished.com

Thank you for emailing. Your answer, however, does not suffice. Please inform whether you are refusing to preserve evidence. If your answer is that the estate does not have funds to preserve documents and that you would like us to preserve the documents for you, then we can have a detailed conversation about how to accomplish that. I am available this afternoon or early next week to speak about the matter. I remind you that the PSLRA subjects you to sanction for failing to preserve documents in your possession custody or control.

Thank you.

Jacob A. Goldberg
The Rosen Law Firm, P.A.
101 Greenwood Avenue, Suite 440
Jenkintown, PA  19046
Direct Dial: 267-589-9426
General Tel.: 215-600-2817
Fax: 212-202-3827
In New York: 212-686-1060
email: jgoldberg@rosenlegal.com

This email and any attachments hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify Jacob A. Goldberg at (215) 600-2817 and permanently delete all copies of the email and any attachments.

**From:** George Miller <gmiller@mctllp.com>
**Sent:** Thursday, March 21, 2024 3:42 PM
**To:** Jacob Goldberg <jgoldberg@rosenlegal.com>
**Cc:** scott.cousins@lewisbrisbois.com; dgreene@bakerlaw.com; jsylvia@mintz.com; Gerstein, Jason <Jgerstein@mwe.com>; Gonen Haklay <ghaklay@rosenlegal.com>; Bradford J. Sandler <bsandler@pszjlaw.com>; Colin R. Robinson <crobinson@pszjlaw.com>
**Subject:** RE: In re: Polished.com

**[EXTERNAL EMAIL]**

Please send me some money.  $100,000

**From:** Jacob Goldberg [mailto:jgoldberg@rosenlegal.com]
**Sent:** Thursday, March 21, 2024 12:36 PM
**To:** George Miller <gmiller@mctllp.com>