# The Rosen Law Firm
## INVESTOR COUNSEL

Jacob A. Goldberg, Esq.
jgoldberg@rosenlegal.com

December 2, 2024

**VIA ECF**

The Honorable Vera Scanlon
United States Magistrate Judge
United States District Court
Eastern District Court of New York
225 Cadman Plaza East, Room 1426 S
Brooklyn, NY 11201

Re:   *Maschoff v. Polished.com Inc. et al.*, No. 1:22-cv-06606-NGG-VMS

Dear Judge Scanlon:

We write in response to the Court's November 19, 2024, Order, requiring an update of the business circumstances of Polished.com Inc. f/k/a 1847 Goedeker, Inc. ("Polished"). We shared a draft of this letter with counsel for the Individual Defendants and Polished. They dissent from including the description below of government investigations because they do not believe that the government investigations relate to the Court's request for an update regarding Polished's "business circumstances."

In this class action, alleging violations of the antifraud provisions of the Securities Exchange Act of 1934 sections 10(b) and 20(a) and United States Securities Exchange Commission ("SEC") Rule 10b-5, we represent Lead Plaintiff Eden Alpha CI LP ("Plaintiff") and a class of purchasers of Polished common stock between August 1, 2021, and July 31, 2023. On Plaintiff's behalf we filed the Amended Class Action Complaint ("Complaint") on October 31, 2023. (Dkt. No. 34). The Individual Defendants' Motions to Dismiss the Complaint are pending.

On March 11, 2024, Plaintiff informed the Court that on March 7, 2024, Polished, the corporate defendant in this case, had filed a petition under Chapter 7 of the United States Bankruptcy Code, (Dkt. No. 43), intending to liquidate the assets of Polished and its affiliates.[1] Just before that, on February 13, 2024, Polished filed with the SEC a Registration Statement on Form S-1. In that Registration Statement, Polished disclosed for the first time that the SEC was investigating conduct substantially similar to the Complaint's allegations, *see e.g.*, Complaint ¶155, stating:

---

[1] Polished's bankruptcy case is *In re: Polished.com, Inc., et al., Debtors*, Case No. 24-10353-TMH (Bankr. D. Del.). "Br.Dkt." refers to the docket in that case.

1

**THE ROSEN LAW FIRM, P.A. ♦ 101 GREENWOOD AVENUE, SUITE 440 ♦ JENKINTOWN, PA 19046 ♦ TEL: 215-600-2817 ♦ FAX: 212-202-3827**

*SEC Investigation*

The SEC is conducting an investigation (the "SEC Investigation") related to issues disclosed in the Company's Form 8-K filed on December 27, 2022, including the findings of the Audit Committee investigation, as described under the heading "Business – Audit Committee Investigation" and elsewhere herein, and the subsequent restatement of the Company's previously issued consolidated financial statements as of and for the year ended December 31, 2021 and for the quarter ended March 31, 2022. The SEC staff has subpoenaed documents and information, including documents and information related to the Audit Committee's investigation and restated financials. The SEC Investigation is a non-public, fact-finding inquiry to determine whether there were any violations of the federal securities laws. The Company is fully cooperating and will continue to cooperate with the SEC.

In an August 7, 2024, motion seeking relief from the automatic stay in bankruptcy proceedings for reimbursement of defense costs from insurers, (Br.Dkt. No. 114), about Polished, the Individual Defendants in this case informed the Bankruptcy Court:

> Additionally, the United States Securities and Exchange Commission commenced an investigation into Polished.com (*In the Matter of Polished.com Inc.* (NY-10653)), and the Department of Justice commenced an inquiry (collectively the "Government Investigations"). The Movants incurred, and continue to incur, fees and expenses ("Defense Costs") in connection with the District Court Action and the Government Investigations.

More, since filing its bankruptcy petition, on March 25, 2024, the Trustee for Polished's estate has filed a notice that he had discovered assets, notifying the Court that Polished's bankruptcy is an "asset case," and requesting a bar date for claims. (Br.Dkt. No. 13). On May 24, 2024, the Trustee filed a motion seeking, among other relief, to establish a bidding process to sell substantially all of Polished's assets. (Br. Dkt. No. 68). On June 6, 2024, the Bankruptcy Court granted the Trustee's motion, establishing a bidding procedure, (Br.Dkt. No. 87), and on June 27, 2024, approved the sale of Polished's assets to Direct Marketing, Inc. (Br.Dkt. No. 100).

If the Court has any questions, please contact us.

Respectfully,

/s/ *Jacob A. Goldberg*

Jacob A. Goldberg

cc:   All counsel of record (via ECF)

2

**THE ROSEN LAW FIRM, P.A. ♦ 101 GREENWOOD AVENUE, SUITE 440 ♦ JENKINTOWN, PA 19046 ♦ TEL: 215-600-2817 ♦ FAX: 212-202-3827**